Jacob F. Hollars, Colorado Bar No. 50352
Admitted pro hac vice
Spencer Fane LLP
1700 Lincoln St., Suite 2000
Denver, CO 80203
Telephone: 303-839-3800
Facsimile: 303-839-3838
Email: jhollars@spencerfane.com

and

Michael Cook, State Bar No. 219592
Spencer Fane LLP
1700 Lincoln St., Suite 2000
Denver, CO 80203
Telephone: 303-839-3800
Facsimile: 303-839-3838
Email: mcook@spencerfane.com

Attorneys for Defendant
Woodland Park Family Medicine, LLC

FILED
SEP 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WOODLAND PARK FAMILY MEDICINE, LLC, a Colorado limited liability company,<br><br>Defendant. | Case No. 2:18-CV-00545-JAM-EFB<br><br>**STIPULATION BY AND BETWEEN PLAINTIFF ASCENTIUM CAPITAL, LLC AND DEFENDANT WOODLAND PARK FAMILY MEDICINE, LLC REGARDING SETTLEMENT AND REQUEST TO VACATE MINUTE ORDER DATED SEPTEMBER 12, 2018; ORDER THEREON**<br><br>**THE HONORABLE JOHN A. MENDEZ, JUDGE PRESIDING**<br><br>TRIAL DATE: NONE SET |

**TO THE HONORABLE JOHN A. MENDEZ, UNITED STATED DISTRICT COURT JUDGE:**

Plaintiff, Ascentium Capital, LLC, a Delaware liability company ("Plaintiff"), by and

through its attorneys of record, Andrew K. Alper, Frandzel Robins Bloom & Csato, LC, on the one hand, Defendant Woodland Park Family Medicine, LLC, a Colorado limited liability company ("Defendant"), by and through its attorneys of record, Jacob Hollars, of Spencer Fane LLP, hereby notify the Court that the parties have stipulated and agreed to a settlement of this case. The parties also request that this Court, pursuant to F.R.C.P. 60(b) vacate its Minute Order of September 12, 2018, and state as follows:

1. Under F.R.C.P. 60(b), this Court may relieve a party of a final judgment or order due to "mistake, inadvertence,...or excusable neglect" and when apply a judgment is no longer equitable. F.R.C.P. 60(b)(1) & (5).

2. While Defendant's Motion to Dismiss was pending, the parties began negotiating a settlement of this case.

3. That settlement was finalized around the time that Plaintiff's response to that Motion was due.

4. The Plaintiff and Defendant ("the Parties") executed the settlement agreement as of September 12, 2018 prior to the Court ruling on the Motion to Dismiss. .

5. Due to an oversight, counsel for Defendant inadvertently neglected to advise Chambers of the pending settlement and to request the Motion to Dismiss be removed from the hearing calendar.

6. Thus, because the settlement was agreed to prior to the Court's Minute Order and was fully executed on that date and because of Defendant's counsel's inadvertent and excusable neglect, this Court should vacate the Minute Order of September 12, 2018.

7. The settlement contemplates a payment plan over a long period of time and the Parties will make a Motion to Dismiss the case without prejudice requesting the Court to retain jurisdiction to enforce the Settlement Agreement. As a result, the Parties are requesting that the Court vacate its Minute Order of Dismissal.

WHEREFORE the Parties request that this Court vacate its Minute Order dated September 12, 2018, reopen the case, and then Plaintiff will file a Motion to Dismiss the case without prejudice within 5 days from the date the Order is vacated with the Court retaining

jurisdiction to enforce the settlement agreement.

DATED: September 19, 2018        FRANDZEL ROBINS BLOOM & CSATO, L.C.


By:  s/ *Andrew K. Alper*
     ANDREW K. ALPER
     Attorneys for Plaintiff
     ASCENTIUM CAPITAL, LLC


DATED: September 19, 2018        SPENCER FANE


By:  s/ *Jacob F. Hollars*
     JACOB F. HOLLARS, admitted *pro hac vice*
     Attorneys for Defendant
     WOODLAND PARK FAMILY MEDICINE, LLC

- 3 -

## ORDER

The Court having read the foregoing Stipulation By and Between Plaintiff Ascentium Capital, Llc And Defendant Woodland Park Family Medicine, Llc Regarding Settlement And Request To Vacate Minute Order Dated September 12, 2018, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The Court's Minute Order dated September 12, 2018 is hereby vacated. The Clerk of the Court shall reopen the case, and then Plaintiff shall file a Motion to Dismiss the case without prejudice within 5 days from the date of this Order.

Dated: 9-21-2018

Honorable John A. Mendez

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading was served via the Court's CM/ECF system on the following on this 19th day of September, 2018:

Andrew K. Alper
Marshall J. August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Floor
Los Angeles, CA 80017

                                                */s/Jacob F. Hollars*
                                                Jacob F. Hollars

SPENCER FANE LLP
1700 LINCOLN STREET, SUITE 2000
DENVER, COLORADO 80203
TELEPHONE: 303-839-3800
FACSIMILE: 303-839-3838