Andrew K. Alper, (State Bar No. 088876)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff ASCENTIUM CAPITAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WOODLAND PARK FAMILY MEDICINE, LLC, a Colorado limited liability company;<br><br>Defendant. | Case No. 18-cv-00545-JAM-EFB<br><br>[PROPOSED] ORDER FOR DISMISSAL OF CASE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AND ENTER JUDGMENT ON DEFAULT<br><br>Date: November 20, 2018<br>Time: 1:30 p.m.<br>Crtm: 6<br><br>The Hon. John A. Mendez |

On November 20, 2018, at 1:30 p.m. in Courtroom 6 of the above-entitled Court located at 501 I Street, Sacramento, California, Plaintiff Ascentium Capital, LLC, a Delaware limited liability company ("Plaintiff") brought its Motion for Dismissal of the Complaint and for the Court to Retain Jurisdiction to Enforce the terms of a Settlement Agreement and enter Judgment in the event of default ("Motion") which came on regularly for hearing. Andrew K. Alper appeared on behalf of Plaintiff. Jacob Hollars of Spencer Fane, LLP appeared on behalf of Defendant Woodland Park Family Medicine, LLC, a Colorado limited liability company ("Defendant"). Upon consideration of the moving papers, oral argument as necessary, and good cause appearing, the Court ORDERS, as follows:

3059744.1 | 100287-0092

1

[PROPOSED] ORDER FOR DISMISSAL OF CASE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AND ENTER JUDGMENT ON DEFAULT

The Complaint is hereby dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court will retain jurisdiction over this case despite the dismissal of the Complaint. The Court's retention of jurisdiction is for the purpose of enforcing the Settlement Agreement entered into by and between Plaintiff and Defendant and entering judgment in the event of a default The specific terms to be enforced by the Court set forth in the Settlement Agreement are as follows:

(a) On or before September 1, 2018, the Defendant shall pay the sum of $3,610.00 to Plaintiff;

(b) On October 1, 2018, and on the first (1st) day of each and every month thereafter though and including August 1, 2023, the Defendant will pay the sum of $3,610.00 until the sum of $216,602.06 is paid in full. All sums will be paid by of Automated Clearing House debit ("ACH");

(c) Upon payment of the initial $3,610.00 and after execution of the Agreement and Stipulation for Entry of Judgment, Plaintiff shall return the SLT II Cynosure Laser System MO9E1 (the "Equipment") to Defendant. Defendant shall pay Plaintiff all shipping costs incurred by Plaintiff.

(d) So long as there is no default by the Defendant in the payments set forth above, the Court will take no action with respect the settlement between Plaintiff and Defendant. However, in the event that there is a default under the terms of the Settlement Agreement, then Plaintiff will file the Stipulation for Entry of Judgment and have Judgment entered.

(e) If all sums are paid as agreed, and no Judgment has been entered, since the case has been dismissed, there is no need to file any further dismissal of the case.

(f) In the event that there is a default, before Plaintiff can take any post judgment action on the entered Judgment, it must file a Partial Satisfaction of Judgment reflecting all sums received from the Defendant pursuant to the terms of the Settlement Agreement. After the Partial Satisfaction of Judgment has been filed giving the Defendant the appropriate credit for all sums received, then Plaintiff can enforce its Judgment by any means allowed at law and in

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

equity. Attached hereto, marked Exhibit "1," and incorporated herein by this reference, is a true and correct copy of the Settlement Agreement which the Court retains jurisdiction to enforce. Attached hereto, marked Exhibit "2," and incorporated herein by this reference is a copy of the Stipulation for Entry of Judgment signed by the parties which will be filed and entered if, and only if, there is a default in payments under the Settlement Agreement.

Dated: 11-9-2018      By: _____
HONORABLE JOHN MENDEZ
UNITED STATES DISTRICT COURT JUDGE