Andrew K. Alper, (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor ASCENTIUM CAPITAL, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WOODLAND PARK FAMILY MEDICINE, LLC, a Colorado limited liability company,<br><br>Defendant. | Case No. 2:18-CV-00545-JAM-EFB<br><br>**ORDER SETTING ASIDE DISMISSAL AND FOR ENTRY OF JUDGMENT IN FAVOR OF ASCENTIUM CAPITAL, LLC AND AGAINST WOODLAND PARK FAMILY MEDICINE, LLC PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT**<br><br>**[No hearing date]**<br><br>THE HONORABLE JOHN A. MENDEZ, JUDGE PRESIDING<br><br>TRIAL DATE: NONE SET |

Plaintiff ASCENTIUM CAPITAL LLC, a Delaware limited liability company (hereinafter "Plaintiff") and Defendant WOODLAND PARK FAMILY MEDICINE, LLC, a Colorado limited liability company (hereinafter "Defendant"), having signed a written Stipulation for Entry of Judgment in Favor of Plaintiff Ascentium Capital, LLC and Against Defendant Woodland Park Family Medicine, LLC, a Colorado limited liability company (hereinafter "Stipulation"), and the Stipulation having been filed concurrently herewith, the Court orders the following Judgment pursuant to the Stipulation:

**IT IS ORDERED, ADJUDGED AND DECREED** that the dismissal without prejudice entered by the Court on November 14, 2018, is hereby set aside so that Plaintiff can have Judgment entered as against Defendant as a result of Defendant defaulting in its payments pursuant to the terms of the Stipulation for Entry of Judgment executed by Plaintiff and Defendant;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of Plaintiff and against Defendant in the sum of $216,602.06, plus interest at the legal rate after entry of Judgment on the First Claim for Relief. All other claims in the Complaint against the Defendant shall be dismissed without prejudice.

THE CLERK IS ORDERED TO ENTER THE JUDGMENT.

Dated: January 10, 2019          By: /s/ John Mendez
                                     HONORABLE JOHN MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000